70 December 24, 2025 No. 1114

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

JOSEPH CHARLES LONG,
*Petitioner,*

*v.*

BOARD OF PAROLE AND POST-PRISON
SUPERVISION,
*Respondent.*
A184852

Submitted November 14, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, Oregon Public Defense Commission, filed the brief for petitioner.

Philip Thoennes, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Petitioner seeks judicial review of a final order of the Board of Parole and Post-Prison Supervision (board). Petitioner's appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

The board revoked petitioner's supervision and imposed a 90-day sanction based on its determinations that petitioner had violated conditions of his supervision requiring him to report to his supervisory officer as directed, obey all laws, and have no contact with specified individuals. Having reviewed the record and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.